IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Vasquez, James J | Case Number: 07 B 06927 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/30/07 | Filed: 4/17/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,972.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 114.16 |
| Other Funds: | | 1,857.84 |
| Totals: | 3,972.00 | 3,972.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lesley A Hoenig | Administrative | 2,000.00 | 2,000.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 5. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 6. | United States Attorney Office | Secured | 0.00 | 0.00 |
| 7. | Beneficial Illinois Inc | Secured | 24,980.23 | 0.00 |
| 8. | Litton Loan Servicing | Secured | 39,680.03 | 0.00 |
| 9. | Internal Revenue Service | Priority | 250,026.66 | 0.00 |
| 10. | Household Bank (SB) N A | Unsecured | 240.37 | 0.00 |
| 11. | Dell Financial Services, Inc | Unsecured | 0.00 | 0.00 |
| 12. | ER Solutions | Unsecured | 0.00 | 0.00 |
| 13. | Capital One | Unsecured | 0.00 | 0.00 |
| 14. | World Financial Network Nat'l | Unsecured | 0.00 | 0.00 |
| 15. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 469.84 | 0.00 |
| 17. | Sprint Nextel | Unsecured | 58.31 | 0.00 |
| 18. | Commonwealth Edison | Unsecured | 0.00 | 0.00 |
| 19. | Resurgent Capital Services | Unsecured | 806.55 | 0.00 |
| 20. | RoundUp Funding LLC | Unsecured | 519.91 | 0.00 |
| 21. | Capital One | Unsecured | 0.00 | 0.00 |
| 22. | Capital One | Unsecured | 0.00 | 0.00 |
| 23. | Ford Motor Credit Corporation | Unsecured | 554.43 | 0.00 |
| 24. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 25. | Cook County Treasurer | Priority | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Vasquez, James J | Case Number: 07 B 06927 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/30/07 | Filed: 4/17/07 |

| | | | |
|---|---|---|---|
| 26. Scott & Goldman | Unsecured | | No Claim Filed |
| 27. Exxon Mobil | Unsecured | | No Claim Filed |
| 28. Home Makers | Unsecured | | No Claim Filed |
| 29. NCO Financial Systems | Unsecured | | No Claim Filed |
| 30. Commonwealth Edison | Unsecured | | No Claim Filed |
| 31. Mid America Federal Savings Bank | Unsecured | | No Claim Filed |
| 32. Nicor Gas | Unsecured | | No Claim Filed |
| 33. Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 34. Mages & Price | Unsecured | | No Claim Filed |
| 35. Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 36. Capital One | Unsecured | | No Claim Filed |
| 37. Wells Fargo Fin Acceptance | Unsecured | | No Claim Filed |
| 38. State Collection Service | Unsecured | | No Claim Filed |
| 39. Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 40. Creditors Protection Service | Unsecured | | No Claim Filed |
| 41. WF FNB/VS | Unsecured | | No Claim Filed |
| 42. Verizon Wireless | Unsecured | | No Claim Filed |
| 43. Capital One | Unsecured | | No Claim Filed |

$ 319,336.33         $ 2,000.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 114.16 |

$ 114.16

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*Denise Ashley* (signature)